IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **JOANNA SEGUNDO and PHILLIP SEGUNDO**, individually and as next friends and parents of **GRACIELLA SEGUNDO**,<br><br>Plaintiffs,<br><br>v.<br><br>**JOSHUA STEPHEN**,<br><br>Defendant. | **Docket No. 3:23-CV-00260**<br>**JURY DEMANDED** |

### JOINT MEDIATION REPORT

Comes now, Plaintiffs, Defendant, and Unnamed Defendant, by and through undersigned counsel, and submit the following Joint Mediation Report pursuant to the requirements of the Court's Case Management Order.

Counsel for the parties conferred regarding the potential for mediation and report to the Court that mediation would not be successful at this time. Counsel, however, believes that mediation will be more fruitful after the conclusion of fact witness depositions and will revisit the issue upon conclusion of the same. The parties agree to engage a mediator to schedule a mediation at the appropriate time. As such, the parties request that they not be ordered to mediation at this time.

Approved for entry by:

/s/ Craig P. Glenn                                    /s/ Grace B. Burnett w/perm. CPG 31439

Craig P. Glenn (#031439)                              V. GRACE BENITONE BURNETT (#040650)
GRIFFITH LAW, PLLC                                    *Attorney for Defendant*
*Attorney for Plaintiffs*                             424 Church Street, Suite 2230
256 Seaboard Lane, Suite E-106                        Nashville, Tennessee 37219
Franklin, TN 37067                                    (615) 613-0442
(615) 807-7900                                        gbenitone@raineykizer.com
craig@griffithinjurylaw.com


/s/ Stephen W. Elliot w/perm CPG 31439

Stephen W. Elliott, (020062)
*Attorney for Chubb Indemnity Company*
3310 West End Avenue, Suite 550
Nashville, TN 37203
Ph. No. (615) 921-5224
Fac. No. (615) 244-3518
selliott@howell-fisher.com